UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YESCENIA CORRALES,

Petitioner(s),

v.

ICE FIELD OFFICE DIRECTOR,

Respondent(s).

CASE NO. C26-1223-KKE

ORDER GRANTING IFP APPLICATION AND ADDING RESPONDENT BRUCE SCOTT

This is a federal habeas action filed under 28 U.S.C. § 2241.  Petitioner Yescenia Corrales is currently detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") in Tacoma, Washington. Dkt. No. 1-1 at 1.  Petitioner, representing herself, has submitted to this Court for filing a proposed habeas petition (Dkt. No. 1-1) and an application to proceed *in forma pauperis* ("IFP") (Dkt. No. 1).

To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress."  28 U.S.C. § 1915(a).  Under Local Rule 3(c)(1), a litigant must use the IFP application "approved for use in this district[.]" Local Rules W.D. Wash. LCR 3(c)(1).  Here, Petitioner submitted her application using the wrong form: a "fee waiver" form for use in immigration proceedings.  *See* Dkt. No. 1. Thus, the Clerk of Court notified Petitioner of a filing deficiency, and mailed Petitioner a copy of the blank IFP form that is approved for use in this District.  *See* Dkt. No. 2.  Although Petitioner's

ORDER GRANTING IFP APPLICATION AND ADDING RESPONDENT BRUCE SCOTT - 1

IFP application does not comport with LCR 3(c)(1), her application affirmatively states that she is unable to pay a filing fee and that her total average monthly income is $0. Dkt. No. 1 at 1–2. As such, Petitioner's application to proceed IFP is provisionally GRANTED. Petitioner should nevertheless complete and submit a corrected IFP application as soon as she is able to do so. Failure to submit a corrected IFP application using this district's form may result in revocation of Petitioner's IFP status.

Petitioner has named the United States Immigration and Customs Enforcement ("ICE") Field Office Director, as the Respondent for this action. However, the proper respondent for § 2241 petitions is "the person who has custody over [the petitioner]," not simply the agency employing that individual. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004) (citing 28 U.S.C. §§ 2242, 2243); *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024) (reversing grant of federal habeas relief where the immigration detainee's direct custodian was not named as respondent). Petitioner represents that she is currently detained at the Northwest ICE Processing Center, so the proper respondent for this action is the individual in charge of that facility. Accordingly, the Clerk of Court is directed to ADD the Facility Administrator of the Northwest ICE Processing Center, Bruce Scott, as a Respondent in this action.

Dated this 13th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING IFP APPLICATION AND ADDING RESPONDENT BRUCE SCOTT - 2