UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESCENIA CORRALES, | CASE NO. C26-1223-KKE |
| Petitioner(s), | AMENDED SCHEDULING ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent(s). | |

Petitioner filed a petition for habeas corpus, and the Court issued a scheduling order. Dkt. Nos. 4, 5. Because Petitioner is representing herself and filing and receiving materials by mail, the Court AMENDS the scheduling order in the following respects to allow her sufficient time to file a reply and receive notice:

1. Petitioner's reply deadline is EXTENDED to May 18, 2026.  The Clerk shall re-note the Government's response for May 18, 2026.

2. The Government shall provide Petitioner notice one week (168 hours) before any action to move or transfer her from the Western District of Washington or to remove her from the United States. Any such notice shall be filed on the docket.

//

//

//

AMENDED SCHEDULING ORDER - 1

Dated this 8th day of May, 2026.

Kymberly K. Evanson
United States District Judge

AMENDED SCHEDULING ORDER - 2