UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YESCENIA CORRALES,<br>Petitioner(s),<br>v.<br>ICE FIELD OFFICE DIRECTOR,<br>Respondent(s). | CASE NO. C26-1223-KKE<br><br>ORDER DENYING REQUEST FOR RECONSIDERATION |

The Court granted Petitioner's petition for writ of habeas corpus on June 12, 2026, finding that she was entitled to a bond hearing. Dkt. No. 16. The Government provided a bond hearing on June 17, 2026, where the immigration judge denied bond. Dkt. No. 18 ¶ 2. The stated reason for the denial was that Petitioner is a flight risk.

Petitioner has filed a request which the Court construes as a motion for reconsideration, asking the Court to "rule (sic) my Petition for habeas corpus," and order her release. Dkt. No. 19 at 2. Petitioner's motion does not establish error in the Court's previous order, and therefore the Court DENIES the request for reconsideration. Dkt. No. 19. To the extent Petitioner wishes to challenge her continued detention or the sufficiency of the bond hearing, she may do so by filing a new habeas petition. *See Velasquez O v. ICE Field Office*, 26-CV-01403-TMC, 2026 WL 1834287, at *1 (W.D. Wash. June 25, 2026) (denying post-judgment motion and explaining that "[a]ny claims regarding the constitutional sufficiency of [the court-ordered bond] hearing or the

substance of the IJ's decision—essentially, new grounds for relief—should [] be raised in a new habeas petition.") (citing *Martinez v. Clark*, 124 F.4th 775, 779–80) (9th Cir. 2024)).

Dated this 28th day of July, 2026.

Kymberly K. Evanson
United States District Judge